EXHIBIT 2







