UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

| | |
|---|---|
| KONA ICE, INC. ) <br> 5945 CENTENNIAL CIRCLE ) <br> FLORENCE, KENTUCKY 41042 ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HOWARD HALE ) <br> 6234 PERIMETER DRIVE ) <br> CHATTANOOGA, TENNESSEE 37412, ) <br> ) <br> and ) <br> ) <br> FUN TIME FOODS, LLC ) <br> 7738 STANDIFER GAP ROAD ) <br> CHATTANOOGA, TENNESSEE 37421. ) <br> ) <br> Defendants. ) | Civil Action No.: <br><br> Judge: <br><br><br> JURY DEMANDED |

## CORPORATE DISCLOSURE STATEMENT OF KONA ICE, INC. PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

We, the undersigned counsel of record for Kona Ice, Inc. ("Kona") certify to the best of our knowledge and belief that Kona:

- Is not a publicly traded company; and

- Has no corporate interests to be identified pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Dated: September 21, 2017.

Respectfully submitted,

KONA ICE, INC.

/s/ William J. Rieder
William J. Rieder, B.P.R. No. 026551
Joseph Alan Jackson II, B.P.R. No. 030203
SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
601 Market Street, Suite 400

P.O. Box 1749
                                                            Chattanooga, Tennessee 37401
                                                            Telephone:  (423) 756-7000
                                                            Facsimile:    (42) 756-4801
                                                            wjr@smrw.com
                                                            jaj@smrw.com

                                                            *Attorneys for Plaintiff*

OF COUNSEL:
Brett A. Schatz (Ohio Reg. No. 0072038)
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: (513) 241-6234
bschatz@whe-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2017, a true and correct copy of the foregoing was served electronically. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties shown on the electronic filing receipt.

/s/ Joseph Alan Jackson II
Joseph Alan Jackson II
