UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION-CHATTANOOGA

| | |
|---|---|
| KONA ICE, INC., | ) |
|            Plaintiff, | ) Civil Action No.: 1:17-cv-00261-HSM-CHS |
| vs. | ) Judge Mattice |
| | ) Magistrate Judge Steger |
| HOWARD HALE, et al. | ) |
|            Defendants. | ) |

**PLAINTIFF KONA ICE, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Kona Ice, Inc. hereby submits this notice of dismissal of this action. Plaintiff Kona Ice notes that the opposing parties have not served either an answer or a motion for summary judgment. This notice of dismissal is without prejudice.

Dated: December 21, 2017.

Respectfully submitted,

KONA ICE, INC.

/s/ William J. Rieder
William J. Rieder, B.P.R. No. 026551
J. Alan Jackson II, B.P.R. No. 030203
Spears, Moore, Rebman & Williams, P.C.
601 Market Street, Suite 400
P.O. Box 1749
Chattanooga, Tennessee 37401
Telephone: 423-756-7000
Facsimile: 423-756-4801
wjr@smrw.com
jaj@smrw.com

*Attorneys for Plaintiff*

1

OF COUNSEL:
Brett A. Schatz (Ohio Reg. No. 0072038)
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
(513) 241-2324
(513) 241-6234 Facsimile
bschatz@whe-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, a copy of the foregoing **PLAINTIFF KONA ICE, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** was served via First Class Mail to Defendants Mr. Howard Hale and Fun Time Foods, LLC, 1312 Sunnyfield Lane, Chattanooga, TN 37421, and Mr. Howard Hale and Fun Time Foods, LLC, 7738 Standifer Gap Road, Chattanooga, TN 37421.

/s/ Joseph Alan Jackson II